SUMMERS, J., concurs in the refusal to grant writs herein on the basis that the judgment of the trial court is correct.

McCALEB, J., is of the opinion that a writ should be granted with a stay order.

186 So.2d 629

**STATE of Louisiana**

v.

**Oliver M. PARKER.**

No. 48241.

June 7, 1966.

In re: Oliver M. Parker applying for writs of prohibition, mandamus and certiorari.

Writs refused. There is no error of law in the rulings complained of.